UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------------------X

MARY NELL WYATT, *et al.*,

      *Plaintiffs / Judgment Creditors,*

  -against-

THE SYRIAN ARAB REPUBLIC, *et al.*,

      *Defendants / Judgment Debtors,*

FISCAL DEPARTMENT OF THE OFFICE OF THE
CLERK OF COURT FOR THE U.S. DISTRICT FOR
THE NORTHERN DISTRICT OF ILLINOIS

      *Citation Third-Party Respondent*,

    -and-

FRANCIS GATES, *et al.*

      *Third-Party Respondents.*
-------------------------------------------------------------------X

Docket No.:
14-cv-6161 (VMK)

**NOTICE OF CONSENT MOTION BY PLAINTIFFS / JUDGMENT CREDITORS' TO ALLOW TELEPHONE APPEARANCE**

C O U N S E L :

    PLEASE TAKE NOTICE that the Plaintiffs / Judgment-Creditors will move this Court, with the consent of the Third Party Respondents, at the Courthouse located at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street Chicago, Illinois 60604, before Hon. Virginia M. Kendall, U.S.D.J., Courtroom 2319, on the 16th day of September, 2014, at 9:00 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order:

    a)    GRANTING Plaintiffs / Judgment-Creditors' counsel leave to appear by telephone on September 17, 2014 at 9:00 a.m. with respect to the Third Party Respondents' motion to dismiss (DE 16, 19); and

-2-

      b)      GRANTING such other and further relief as is just and proper under the circumstances.

You may appear at that date and time and state your position.

Dated:      Brooklyn, New York
               September 10, 2014

                      Respectfully submitted,

                      THE BERKMAN LAW OFFICE, LLC
                      *Attorneys for the Wyatt Plaintiffs / Judgment-Creditors*

by: /s/ Robert J. Tolchin
          Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

This is to certify that on September 10, 2014 I caused the foregoing Notice of Filing to be electronically filed via the Court's ECF system, and service has therefore been made upon all counsel of record.

Dated:      Brooklyn, New York
               September 10, 2014

                                          Respectfully submitted,

                                          THE BERKMAN LAW OFFICE, LLC
                                          *Attorneys for the Wyatt Adverse Claimants*

                                            by: _____
                                                    Robert J. Tolchin

                                           111 Livingston Street, Suite 1928
                                           Brooklyn, New York 11201
                                           718-855-3627